UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL UNTERBERG,<br><br>        Plaintiff,<br><br>  v.<br><br>JUSTIN MAGLUILO, et al,<br><br>        Defendants. | CIVIL ACTION NO. 3:20-CV-00410<br><br>(MANNION, J.)<br>(MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 1st day of March, 2021, IT IS HEREBY ORDERED that the PSP Defendants are to produce all disputed documents with no protective order implemented at this time. PSP Defendants' objections to production due to the work product doctrine are overruled.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**