UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SAMUEL UNTERBERG,                    :

      Plaintiff                    :        CIVIL ACTION NO. 3:20-410

      v.                           :            (JUDGE MANNION)

JUSTIN MAGLUILO, *et al.*,           :

      Defendants                   :

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** PSP defendants' partial motion to dismiss, **(Doc. 7)**, is **DENIED** with respect to plaintiff's constitutional claims under §1983 in Counts One and Two of his complaint, **(Doc. 1)**. PSP defendants are directed to file their answer to Counts One, Two and Three of plaintiff's complaint within **14 days** of the date of this Order;

**(2)** Defendant Syracuse's amended motion to dismiss, **(Doc. 23)**, Count Three is **GRANTED** to the extent that this Count is raised against him. Syracuse's amended motion to

dismiss, **(Doc. 23)**, is **DENIED** with respect to plaintiff's claims against him in Counts One and Two. Syracuse is directed to file his answer to Counts One and Two of plaintiff's complaint within **14 days** of the date of this Order; and

**(3)** Defendant Syracuse's original motion to dismiss, **(Doc. 22)**, is **DISMISSED AS MOOT**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 24, 2021**
20-410-01-ORDER